**Opinion filed April 6, 2023**



### In The

# Eleventh Court of Appeals

_____

## No. 11-23-00009-CV

_____

## AHMED HASSAN, Appellant

## V.

## CASTLE RIDGE ESTATES PROPERTY OWNERS' ASSOCIATION OF ODESSA, INC., Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-22-06-0666-CV**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant requests that his notice of appeal be withdrawn and that the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). He also states that Appellee agrees to the motion.

We grant Appellant's motion and dismiss this appeal.

April 6, 2023                                                                                PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.